IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| SHIRLEY HAGER,   )<br>   )<br>   Plaintiff,   )<br>   )<br>vs.   )<br>   )<br>SUN LIFE ASSURANCE COMPANY OF CANADA,   )<br>   )<br>   Defendant.   )<br>   ) | Case No. 17-4036-SAC-KGS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff Shirley Hager and Defendant Sun Life Assurance Company of Canada jointly stipulate that the above-referenced matter is dismissed with prejudice, each party to bear their own costs and attorney fees.

PREPARED AND APPROVED BY:

 /s/ Larry G. Michel
Larry G. Michel #14067
Attorneys for Plaintiff

APPROVED BY:

 /s/ Richard J. Pautler
Richard J. Pautler #77097
Attorney for Defendant